

ATTORNEYS AT LAW

PETER J. KING ◊
MATTHEW C. MOENCH *
**MICHAEL L. COLLINS ***

NAKICHA T. BARR ^
JAMES T. CATANIA
SECILIA FLORES
NICHOLAS D. HESSION
ROMAN B. HIRNIAK ^
KRISHNA R. JHAVERI * +
ALYSSA D. ZARA

Writer's Address:

200 Schulz Drive, Suite 402
Red Bank, NJ 07701
(732) 546-3670

Writer's E-Mail:
mcollins@kingmoench.com

Morris County Office:

51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(973) 998-6860

Website:
www.kingmoench.com

A limited liability partnership of Peter J. King, LLC,
Moench Law, LLC & Collins Law, LLC

◊ Certified by the Supreme Court of New Jersey
   as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel



August 29, 2025

**Via CM/ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      RE:    **Borough of Montvale, et al. v. State of New Jersey, et al.**
            **Docket No. 3:25-cv-03220-ZNQ-JBD**
            **Consent Request**

Dear Judge Quraishi:

    The undersigned represents Plaintiffs in the above-referenced matter.

    Plaintiffs filed a First Amended Complaint as of right, to which Defendants are required to complete a responsive pleading by today. Plaintiffs have expressed to Defendants the intent of adding parties to this litigation. In this regard, the parties have successfully collaborated on the terms of a proposed consent order to resolve certain procedural issues relative to this litigation, as follows:

1. DAG Levi Klinger-Christiansen accepts service of process on behalf of the newly-named defendants contained within the First Amended Complaint.

2. Within thirty (30) days of entry of this Consent Order, Plaintiffs shall have leave to file a Second Amended Complaint adding new plaintiffs.

3. Within thirty (30) days of Plaintiffs' filing of a Second Amended Complaint, Defendants shall file either a new motion to dismiss or a supplemental brief in support of the pending motion to dismiss.

The Honorable Zahid N. Quraishi, U.S.D.J.
August 29, 2025
Page 2

4. Following the foregoing filings, the parties agree to work in good faith towards any proposed revisions to the briefing schedule prescribed by the Federal Rules of Civil Procedure on the subject motion to dismiss.

"If the foregoing is acceptable with Your Honor, the Parties respectfully request that the Court 'So Order' this letter in the space indicated below. Thank you for your kind consideration of this request"

          Respectfully submitted,

          **KING, MOENCH & COLLINS, LLP**
          *Attorneys for Plaintiffs*

          Michael L. Collins, Esq. (068092013)

Cc:    DAG Levi Klinger-Christiansen (via CM/ECF)

          SO ORDERED

          _____
          Hon. Honorable Zahid N. Quraishi, U.S.D.J.