UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON
JUDGE ZAHID N. QURAISHI                        DATE: JANUARY 7, 2026
COURT REPORTER:  MEGAN MCKAY-SOULE


TITLE OF CASE:

                                               CIVIL NO. 25-3220 (ZNQ)

BOROUGH OF MONTVALE, et al

vs.

MATTHEW PLATKIN, et al

APPEARANCES:
Michael Collins, Esq. and Suzanne Cevasco, Esq. for Plaintiffs
Levi Klinger-Christiansen, Esq. and Susan Scott, Esq. for Defendants
Adam Gordon, Esq. for Fair Share Housing Center


NATURE OF PROCEEDINGS:  HEARING ON [19] MOTION FOR PRELIMINARFY INJUNCTION
Hearing on Preliminary Injunction (ECF No. [19]).
Michael Collins, Esq. opened for the Plaintiff.
Levi Klinger-Christiansen, Esq. opened for Defendant.
MICHAEL GHASSALI sworn for Plaintiff.
PETER ANGELIDES sworn for Plaintiff.
TIMOTHY CLAYTON sworn for Plaintiff.
BRIAN FOSTER sworn for Plaintiff.
BREAK 12:30 pm-1:00 pm
Plaintiff rested.
Defendant rested.
Levi Klinger-Christiansen, Esq. summed for Defendants.
Adam Gordon, Esq. addressed the Court for Fair Share Housing Center.
Michael Collins, Esq. summed for the Plaintiffs.
Court reserved decision.




TIME COMMENCED: 10:00 am
TIME ADJOURNED:    2:30 pm                         s/Kim Stillman
TOTAL TIME:   4 hours                              Deputy Clerk