UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**BOROUGH OF MONTVALE,** *et al.*,

Plaintiffs,

v.

**MATTHEW J. PLATKIN,** *et al.*,

Defendants.

Civil Action No. 25-3220 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon (1) a Motion to Dismiss filed by the New Jersey Attorney General, the Administrative Director of the Courts, and members of the Affordable Housing Dispute Resolution Program (collectively, "Defendants") (ECF No. 16); (2) a Motion for a Preliminary Injunction filed by Plaintiffs, various municipalities and their elected representatives (ECF No. 19); and (3) a Motion for Leave to Appear Amicus Curiae filed by Fair Share Housing Center ("FSHC") (ECF No. 33). For the reasons set forth in the accompanying Opinion,

**IT IS** on this 20th day of January 2026

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 16) is hereby **GRANTED**; it is further

**ORDERED** that the Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE** and without further leave to amend; it is further

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (ECF No. 19) is hereby **DENIED AS MOOT**; it is further

**ORDERED** that FSHC's Motion for Leave to Appear Amicus Curiae (ECF No. 33) is hereby **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
