**KING, MOENCH & COLLINS LLP**
Michael L. Collins, Esq.
Suzanne E. Cevasco, Esq.*
Secilia Flores, Esq.*
200 Schulz Drive, Suite 402
Red Bank, New Jersey 07701
732-546-3670
mcollins@kingmoench.com
*Attorneys for Plaintiffs*
*\*Pending Admission*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF TRENTON**

| | |
|---|---|
| BOROUGH OF MONTVALE, TOWNSHIP OF DENVILLE, BOROUGH OF HILLSDALE, TOWNSHIP OF MANNINGTON, TOWNSHIP OF MILLBURN, TOWNSHIP OF MONTVILLE, BOROUGH OF TOTOWA, BOROUGH OF ALLENDALE, BOROUGH OF WESTWOOD, TOWNSHIP OF HANOVER, TOWNSHIP OF WYCKOFF, BOROUGH OF WHARTON, BOROUGH OF MENDHAM, TOWNSHIP OF WEST AMWELL, BOROUGH OF NORWOOD, BOROUGH OF FRANKLIN LAKES, TOWNSHIP OF CEDAR GROVE, TOWNSHIP OF EAST HANOVER, TOWNSHIP OF HOLMDEL, TOWNSHIP OF WALL, TOWNSHIP OF WARREN, TOWNSHIP OF LITTLE FALLS, CITY OF ENGLEWOOD, TOWNSHIP OF MONTGOMERY, BOROUGH OF NEW MILFORD, TOWNSHIP OF WASHINGTON, BOROUGH OF HAWTHORNE, MICHAEL GHASSALI, individually and in his official capacity as MAYOR OF MONTVALE, ANNETTE ROMANO, individually in her official capacity as MAYOR AND TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF MILLBURN, BEN STOLLER, | DOCKET NO.: 3:25-cv-03220<br><br>Civil Action<br><br>**NOTICE OF APPEAL** |

1

individually and in his official capacity as TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF MILLBURN, FRANK SACCOMANDI, IV, individually and in his official capacity as TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF MILLBURN, LOU D'ANGELO, individually and in his official capacity as COUNCIL PRESIDENT of the BOROUGH OF TOTOWA, RUDOLPH E. BOONSTRA, individually and in his official capacity as MAYOR AND TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF WYCKOFF, JAMES P. BARSA individually and in his capacity as MAYOR of the BOROUGH OF NORWOOD, CHARLES J.X. KAHWATY, individually and in his official capacity as MAYOR of the BOROUGH OF FRANKLIN LAKES, and BRIAN FOSTER, individually and in his official capacity as MAYOR AND TOWNSHIP COMMITTEE MEMBER of the TOWNSHIP OF HOLMDEL, JOHN LANE, individually and in his official capacity as MAYOR OF THE BOROUGH OF HAWTHORNE, and TIMOTHY J. CLAYTON, individually and in his official capacity as MAYOR OF THE TOWNSHIP OF WALL,

                Plaintiffs,

   v.

MATTHEW J. PLATKIN in his official capacity as ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, MICHAEL J. BLEE in his official capacity as ACTING ADMINISTRATIVE DIRECTOR OF THE COURTS, THOMAS C. MILLER in his official capacity as CHAIR OF THE AFFORDABLE HOUSING DISPUTE RESOLUTION PROGRAM ("PROGRAM"), RONALD E. BOOKBINDER in his official capacity as MEMBER OF THE PROGRAM,

2

> THOMAS F. BROGAN in his official capacity as MEMBER OF THE PROGRAM, STEPHAN C. HANSBURY in his official capacity as MEMBER OF THE PROGRAM, MARY C. JACOBSON in her official capacity as MEMBER OF THE PROGRAM, JULIO L. MENDEZ in his official capacity as MEMBER OF THE PROGRAM, and PAULETTE M. SAPP-PETERSON in her official capacity as MEMBER OF THE PROGRAM,
>
>                       Defendants.

Plaintiffs appeal to the United States Court of Appeals for the Third Circuit from the opinion and order entered on January 20, 2026 (ECF Nos. 49 and 50).

                                      **KING, MOENCH & COLLINS LLP**
                                      *Attorneys for Plaintiffs*

                                      BY:    /s *Michael L. Collins*
                                                      Michael L. Collins, Esq.

DATED: January 22, 2026