

ATTORNEYS AT LAW

PETER J. KING ◊
MATTHEW C. MOENCH *
MICHAEL L. COLLINS *

NAKICHA T. BARR ^
JAMES T. CATANIA
**SUZANNE E. CEVASCO***
SECILIA FLORES
NICHOLAS D. HESSION
ROMAN B. HIRNIAK ^
KRISHNA R. JHAVERI * +
ALYSSA D. ZARA

◊ Certified by the Supreme Court of New Jersey
  as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel

Writer's Address:

200 Schulz Drive, Suite 402
Red Bank, NJ 07701
(732) 546-3670

Writer's E-Mail:
scevasco@kingmoench.com

Morris County Office:

51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(973) 998-6860

Website:
www.kingmoench.com

A limited liability partnership of Peter J. King, LLC,
Moench Law, LLC & Collins Law, LLC



January 23, 2026

**VIA ELECTRONIC FILING**
The Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

<u>RE</u>: **<u>Borough of Montvale, et. al. v. Platkin et. al.</u>**
Case No.: **3:25-CV-03220-ZNQ-JBD**

Dear Judge Quraishi:

  This firm represents all Plaintiffs in the above-referenced case. We are in receipt of Your Honor's January 20, 2026 order granting Defendants' motion to dismiss for lack of standing and in turn dismissing Plaintiff-Movants' motion for a preliminary injunction (the "Motion") as moot. [ECF 50]. On January 22, 2026, Plaintiffs filed an appeal of those decisions, [ECF 51], and the Plaintiff-Movants intend to file for emergency relief seeking an injunction consistent with their past application before Your Honor pending appeal pursuant to *Federal Rule of Appellate Procedure* 8.

  In accordance with our obligations under *Federal Rule of Appellate Procedure 8(a)(1)* and based upon guidance received from the Third Circuit Clerk's Office, we write to request that Your Honor grant Plaintiff-Movants' requested injunction pending appeal.

  We ask that this letter be considered in lieu of a formal motion or brief, as the relief requested herein has already been placed before the Court by way of the foregoing motion that was denied as moot.

January 23, 2026
Page 2

       I thank the Court for its attention to this matter.

                                                      Respectfully submitted,

                                                      **KING, MOENCH & COLLINS, LLP**
                                                      *Attorneys for Plaintiffs*

                                                      s/ *Suzanne E. Cevasco*
                                                      Suzanne E. Cevasco, Esq.

Cc: All Counsel of Record (via ECF)


**Request denied.**



Dated: January 23, 2026
Newark, New Jersey

_____
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Judge